UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY MARIE CAMPOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:21-cv-00827-GSA<br><br>**ORDER TO SHOW CAUSE REGARDING SUBMISSION OF SERVICE DOCUMENTS** |

　　　On May 24, 2021 Plaintiff's application to proceed *in forma pauperis* was granted, and Plaintiff was directed to submit service documents as set forth in the Instructions for Service of Social Security Appeals (Doc. 6-3) by June 7, 2021. Plaintiff has not done so.

　　　Accordingly, Plaintiff is **directed** to show cause within 7 days of the entry of this order why she did not comply with the deadline. Alternatively, Plaintiff is **directed** to submit the service documents specified in docket entry 6-3 (to the address listed atop page 1) and file the notice attached to docket entry 6-3 (page 2) confirming that she did so.

IT IS SO ORDERED.

　Dated:　__**June 10, 2021**__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE