UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY MARIE CAMPOS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | No. 1:21-cv-00827-GSA<br><br>**ORDER GRANTING EQUAL ACCESS TO JUSTICE ATTORNEY FEES PURSUANT TO THE PARTIES STIPULATION** |

It is **ORDERED** that Plaintiff is awarded $4,520 in fees and expenses under the Equal Access to Justice Act pursuant to the terms of the stipulation, Doc. 25.

IT IS SO ORDERED.

Dated: __**February 17, 2023**__                    __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE